

FILED
CLERK, U.S. DISTRICT COURT

APR 2 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD MARCU,<br><br>Defendant. | Case No.  CR 06-875-R<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On April 21,  2016,  Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release in the above-referenced matter.

Defendant was represented by Deputy Federal Public Defender ("DFPD") Charles Brown, specially appearing for DFPD Pedro Castillo.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's

1   Request for Detention, as well as the Presentence Report issued in connection with

2   the sentencing hearing in this case.

3       Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. §

4   3143(a) following Defendant's arrest for alleged violation(s) of the terms of

5   Defendant's ☐ probation / ☒ supervised release,

6       The Court finds that :

7       A.      ☒       Defendant has not carried his burden of establishing by clear

8   and convincing evidence that Defendant will appear for further proceedings as

9   required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

10              ☒       Allegations in petition include failing to abide by court orders

11  to report for a residential drug treatment program, and to report for a sex offender

12  treatment program,  failure to report for drug testing and using methamphetamine..

13              ☒       Previous Revocation of Probation

14              ☒       Lack of  surety information

15      B.      ☒       Defendant has not carried his burden of establishing by clear

16  and convincing evidence that Defendant will not endanger the safety of any other

17  person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based

18  on:

19

20

21

22

23

24

25

26

27

28

2

1        ☒      criminal history

2        ☒      allegations in the Petition for Revocatoin

3        ☒      Prior violation of conditions of release

4

5                         III.

6       IT IS THEREFORE ORDERED that the defendant be detained pending

7 further proceedings.

8

9 Dated: April 21, 2016

10                                  _____/s/_____

11                                    ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28